# MINUTE ORDER

Page 12

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 8/5/2021     Time: 1:30 p.m.

Defendant: 2)TAIRO ORTEGA     J#: 02434-506     Case #: 21-MJ-3533-LOUIS
AUSA: Adam Hapner              Attorney:
Violation: MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S.     Surr/Arrest Date:     YOB: 1980

Proceeding: Initial Appearance           CJA Appt: Jacob Cohen, Esq.
Bond/PTD Held: ☒ Yes  ☐ No     Recommended Bond:
Bond Set at:                                Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant consented to appear via video

Defendant advised of rights and charges

Defendant sworn; CJA counsel appt'd

STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets

Defendant waives removal; Ordered removed to the M/D of Florida

**Brady warning given**

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:        Time:        Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 16:49:51                              Time in Court: 20 mins

s/Lauren F. Louis                                       Magistrate Judge